SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
ANGELA THORNOTN-MILLARD, Iowa Bar No. 17922
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA L. BEJARANO, | Case No. 2:25-cv-00808-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

      On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 10, 2025          Respectfully submitted,

*/s/ Hal Taylor*
HAL TAYLOR
(*as authorized via email on July 9, 2025)
Attorney for Plaintiff

Dated: July 10, 2025          Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ Angela Thornton-Millard*
ANGELA THORNOTN-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED**. The Clerk of Court is is kindly directed to enter judgment accordingly and close the case.

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/11/2025

2